```
 1  KATE S. LEHRMAN [Bar No. 123050]
    klehrman@lvcdlaw.com
 2  DANIEL R. VILLEGAS [Bar No. 159935]
 3  dvillegas@lvcdlaw.com
    MICHAEL T. LEE [Bar No. 287538]
 4  mlee@lvcdlaw.com
 5  LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
    12121 Wilshire Boulevard
 6  Suite 1300
 7  Los Angeles, CA  90025
    (310) 917-4500
 8  (310) 917-5677 (FAX)
 9
10  Attorneys for Defendant
11  BMW OF NORTH AMERICA, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC CO., <br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06328 MEMF (JCx)<br>[Filed:  August 05, 2021]<br><br>Hon. Maaeme Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**DEFENDANT'S EXHIBIT LIST**<br><br>DISCOVERY CUT-OFF:  04/15/22<br>MOTION CUT-OFF:      04/22/22<br>TRIAL DATE:                05/08/23 |

Defendant BMW of North America, LLC ("BMW NA" or' Defendant"), by and through its counsel, propose the following Exhibits.

| EXHIBIT NO. | SUBMITTED BY | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 1-99 | Plaintiff's | *Reserved* | | |
| | | | | |
| 100. | Defendant | Beverly Hills BMW Retail Installment Sales Contract for the Subject Vehicle dated 09.27.15 | | |
| 101. | Defendant | Arbitration Certificate letter & policies and procedures for BMW NA's Qualified third-party dispute resolution process [BMW NA 0541-0543] | | |
| 102. | Defendant | Customer Contact Logs dated 05.13.20 [BMW NA 0544-0575] | | |
| 103. | Defendant | Warranty Vehicle Inquiry dated 05.13.20 [BMW NA 0636-0673] | | |
| 104. | Defendant | Center BMW RO 6259008 dated 01.19.16 [BMW NA 0576-0579] | | |
| 105. | Defendant | Center BMW RO 6276697dated 08.11.16 [BMW NA 0580-0583] | | |
| 106. | Defendant | Center BMW RO 6286606 dated 11.29.16 [BMW NA 0584-0591] | | |
| 107. | Defendant | Center BMW RO 6304127 dated 06.22.17 [BMW NA 0592-0599] | | |

| EXHIBIT NO. | SUBMITTED BY | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 108. | Defendant | Center BMW RO 6308097 dated 08.08.17 [BMW NA 0600-607] | | |
| 109. | Defendant | Center BMW RO 6311640 dated 09.19.17 [BMW NA 0608-0612] | | |
| 110. | Defendant | Center BMW RO 6316310 dated 11.14.17 [BMW NA 0613-0614] | | |
| 111. | Defendant | Center BMW RO 6329840 dated 05.07.18 [BMW NA 0615-0618] | | |
| 112. | Defendant | Center BMW RO 6348713 dated 01.10.19 [BMW NA 0619-0620] | | |
| 113. | Defendant | Beverly Hills BMW RO 513097 dated 01.23.19 [BMW NA 0621-0624;0923-0979] | | |
| 114. | Defendant | Center BMW RO 6352720 dated 03.05.19 [BMW NA 0625-0628] | | |
| 115. | Defendant | Center BMW RO 6359312 dated 06.01.19 [BMW NA 0629-0632] | | |
| 116. | Defendant | Beverly Hills BMW RO 545909 dated 11.11.19 [BMW NA 0633-0635; 0980-1002] | | |
| 117. | Defendant | 2014 M5 & M6 Warranty Booklet [BMW NA 0665-0700] | | |
| 118. | Defendant | Beverly Hills BMW RO 546999 dated 11.20.19 [1003-1031] | | |

| EXHIBIT NO. | SUBMITTED BY | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 119. | Defendant | 2014 BMW Owner's Manual [BMW NA 0701-0920] | | |
| 120. | Defendant | Joe Grijalva CV | | |
| 121. | Defendant | Joe Grijalva Expert File | | |
| 122. | Defendant | Joe Grijalva Vehicle Inspection Photographs | | |
| 123. | Defendant | Joe Grijalva Vehicle Inspection Videos | | |
| 124. | Defendant | Joe Grijalva Vehicle Inspection Notes | | |
| 125. | Defendant | Joe Grijalva Vehicle Inspection Documents and Data | | |

DATED:  March 22, 2023

LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
KATE S. LEHRMAN
DANIEL R. VILLEGAS
MICHAEL T. LEE

By:  /s/ Daniel R. Villegas
Daniel R. Villegas
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC