1  Christine J. Haw (SBN 289351)
   Email: chaw@slpattorney.com
2  Matthew J. Pardo (SBN 315879)
   Email: mpardo@slpattorney.com
3  Caitlin J. Scott (SBN 310619)
   Email: cscott@slpattorney.com
4  STRATEGIC LEGAL PRACTICES, APC
5  1888 Century Park East, 19th Floor
   Los Angeles, CA 90067
6  Tel: (310)929-4900
7  Fax: (310)943-3838

8  Attorneys for Plaintiffs
   ERIC E. GOFNUNG and
9  ERIC E. GOFNUNG CHIROPRACTIC CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG, et al., | CASE NO.: 2:21-cv-06328-MEMF-JC |
| Plaintiffs, | Judge: Hon. Maame Ewusi-Mensah Frimpong |
| vs. | Magistrate: Jacqueline Chooljian |
| BMW OF NORTH AMERICA, LLC; et al., | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION *IN LIMINE* #1 TO EXCLUDE EVIDENCE OR ARGUMENT REFERRING TO DEFENDANT'S ARBITRATION PROGRAM** |
| Defendants. | Action Filed: August 5, 2021<br>Pretrial Conference: April 19, 2023<br>Trial: May 8, 2023 |

Plaintiffs' Motion *in Limine* No. 1, to exclude evidence and argument regarding Defendant's arbitration program, came for hearing on April 19, 2023, the Honorable Maame Ewusi-Mensah Frimpong presiding. After hearing all the

arguments of counsel and considering the papers submitted in support of and in opposition to each Motion, and GOOD CAUSE appearing,

    IT IS HEREBY ORDERED AS FOLLOWS:

(*checked lines are indicative of the Court's order*)

    ____ Plaintiff's Motion *in Limine* No. 1 is GRANTED.

    ____ Plaintiff's Motion *in Limine* No. 1 is DENIED.

Additionally, the Court further ORDERS as follows:

_____

_____

**IT IS SO ORDERED.**

_____
Hon. Maame Ewusi-Mensah Frimpong
Judge of the United States District Court

2
[PROPOSED] ORDER ON PLAINTIFFS' MOTION IN LIMINE NO. 1