KATE S. LEHRMAN [Bar No. 123050]
klehrman@lvcdlaw.com
DANIEL R. VILLEGAS [Bar No. 159935]
dvillegas@lvcdlaw.com
MICHAEL T. LEE [Bar No. 287538]
mlee@lvcdlaw.com
LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC CO., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-06328 MEMF (JCx) <br> [Filed:  August 05, 2021] <br><br> Hon. Maaeme Ewusi-Mensah Frimpong <br> Courtroom 8B <br><br> **[PROPOSED] VOIR DIRE QUESTIONS OF DEFENDANT BMW OF NORTH AMERICA, LLC** <br><br><br> DISCOVERY CUT-OFF:  04/15/22 <br> MOTION CUT-OFF:   04/22/22 <br> TRIAL DATE:        05/08/23 |

{55.663. - 00794965.DOCX}                        1                   2:21-cv-01063 RGK (AFMx)
**[PROPOSED] VOIR DIRE QUESTIONS OF DEFENDANT BMW OF NORTH AMERICA, LLC**

TO THE HONORABLE COURT, Defendant BMW of North America, LLC ("BMW NA" or "Defendant") respectfully submits the following Proposed Voir Dire Questions:

1. Does anyone have any problem with the fact that BMW NA, as a company, is entitled to the same treatment just as if it were a person?

2. Does anyone have any problem with the fact that BMW NA has the right to defend itself in this case against the claims made against it by Plaintiffs?

3. Does anyone have any bias against a corporate entity like BMW NA when individuals like Plaintiffs file a lawsuit against it?

4. Who feels that BMW NA should behave like "Costco" and take back every car a customer makes a complaint about?

5. Is there anyone who feels they cannot treat both parties in this case equally?

6. Have any of you owned or leased a BMW vehicle? If so, please identify the model and model year.

7. Does anyone have a bias against a German auto manufacturer?

8. Does anyone have any personal negative experience involving a BMW vehicle that could cause them to be biased against BMW NA in this case?

9. Does anyone have a family member or friend who has had a negative experience involving a BMW vehicle that would cause them to be biased against BMW NA in this case

10. Does anyone have any negative customer relations experience with any company that would cause them to be biased against BMW NA in this matter?

11. Does anyone have any negative experience with any auto manufacturer or dealer that would cause them to be biased against BMW NA in this case?

12. Have any of you previously served as a juror in either a criminal or civil trial?

{55.663. - 00794965.DOCX}                    2                    2:21-cv-01063 RGK (AFMx)
[PROPOSED] VOIR DIRE QUESTIONS OF DEFENDANT BMW OF NORTH AMERICA, LLC

13. Does anyone have any problem in this case with the requirement that in order to prevail on their claims, the verdict for Plaintiffs must be unanimous?

14. Does anyone have a problem with the fact that if Plaintiffs do not meet theirs burden of proof, they are not entitled to a verdict in their favor?

15. Is there anyone who feels they will not follow the Court's instructions and rulings on the law in this case, even if they may not like or approve of the instructions and rulings on the law that are made?

16. Does everyone understand that they cannot substitute their own idea of what you think the law ought to be in this case?

DATED:  April 5, 2023

LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
KATE S. LEHRMAN
DANIEL R. VILLEGAS
MICHAEL T. LEE

By: */s/ Daniel R. Villegas*
Daniel R. Villegas
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC