O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC CO.,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06328 MEMF (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND REQUEST TO SET A TRIAL SETTING CONFERENCE [ECF NO. 90]** |

On May 4, 2023, the Parties filed a Joint Stipulation to Continue the Trial and Request to Set a Trial Setting Conference due to Ms. Scott's illness and inability to attend trial set for May 8, 2023.

The Court, having considered the Parties Joint Stipulation to Continue the Trial and Request to Set a Trial Setting Conference and finding good cause therefor, hereby GRANTS the Joint Stipulation to Continue the Trial and Request to Set a Trial Setting Conference ORDERS as follows:

|  | Prior Date | New Date |
|---|---|---|
| Trial Setting Conference | N/A | August 16, 2023 at 9:00 a.m. |
| Trial Date (Est. 3 to 5 Days) | May 8, 2023, at 8:00 a.m. | August 28, 2023, at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 4, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge