Christine J. Haw (SBN 289351)
e-mail: chaw@slpattorney.com
Caitlin J. Scott (SBN 310619)
e-mail: cscott@slpattorney.com
Matthew Pardo (SBN 315879)
e-mail: mpardo@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900

Attorneys for Plaintiffs ERIC E. GOFNUNG AND ERIC E. GOFNUNG CHIROPRACTIC CO.

KATE S. LEHRMAN [Bar No. 123050]
klehrman@lvcdlaw.com
DANIEL R. VILLEGAS [Bar No. 159935]
dvillegas@lvcdlaw.com
MICHAEL T. LEE [Bar No. 287538]
mlee@lvcdlaw.com
LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90025
(310) 917-4500

Attorneys for Defendant BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC CO., <br><br>Plaintiffs, <br><br>v. <br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. 2:21-cv-06328 MEMF (JCx) <br>[Filed: August 05, 2021] <br><br>Hon. Maaeme Ewusi-Mensah Frimpong <br>Courtroom 8B <br><br>**JOINT STIPULATION TO CONTINUE TRIAL** <br><br>Trial: May 8, 2023 <br>Time: 8:00 a.m. |

{55.663. - 00829614.DOCX}   1   2:21-cv-06328 MEMF (JCx)
**JOINT STIPULATION TO CONTINUE TRIAL**

**TO THE HONORABLE COURT:**

Pursuant to Local Rules 16 and 40 *et seq.*, Plaintiffs ERIC E. GOFNUNG AND ERIC E. GOFNUNG CHIROPRACTIC CO. ("Plaintiffs") and Defendant BMW OF NORTH AMERICA, LLC ("Defendant") (collectively, "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on or about June 27, 2022, this Court issued a Scheduling Order, setting a Jury Trial on May 8, 2023;

WHEREAS, on or about April 19, 2023, this Court held a Final Pre-Trial Conference in this matter;

WHEREAS, on or about April 21, 2023, the Parties filed Joint Trial Documents, including a stipulation regarding an agreement to wear masks at trial;

WHEREAS, on or about May 4, 2023, the Court ruled on the Parties' respective Motions in Limine and set an Exhibit Conference on May 8, 2023, at 8:00 a.m. to discuss the objections noted to exhibits in the Joint Exhibit List and preliminary Jury Instruction Conference as needed on May 8, 2023 [ECF # 88];

WHEREAS, on or about May 4, 2023, Plaintiffs' co-lead trial counsel, Caitlin J. Scott met and conferred with Defendant's counsel regarding Ms. Scott's contagious illness and promptly notified the Court via email;

WHEREAS, the parties therefore agreed that a continuance of the trial would allow Ms. Scott to heal and allow the Parties to meet and confer on a new trial date which will accommodate trial counsel, the Parties and their witnesses' schedule;

WHEREAS, the Parties have otherwise been preparing the case diligently, and but for Ms. Scott's illness, the case would otherwise be prepared to begin trial on May 8, 2023;

WHEREAS, the Court issued an order on July 24, 2023 requiring the Parties to meet and confer to agree upon a new mutually acceptable date for trial;

1   WHEREAS, the Parties have agreed that a Trial Setting Conference is not
2   necessary;
3   WHEREAS, the Parties met and conferred pursuant to Local Rule 7-3 to
4   attempt to resolve the scheduling issues, the Parties now have agreed to request
5   the Court continue the current trial date to March 25, 2024.
6   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED to
7   by and between Plaintiff and Defendants, by and through their respective attorneys
8   of record, to continue the trial date to March 25, 2024.

Dated: July 28, 2023          LEHRMAN, VILLEGAS, CHINERY &
                              DOUGLAS, LLP


                         By:  */s/ Micheal T, Lee*
                              Kate S. Lehrman
                              Daniel R. Villegas
                              Michael T. Lee
                              Attorney for Defendant
                              BMW OF NORTH
                              AMERICA, LLC


Dated:  July 28, 2023         STRATEGIC LEGAL PRACTICES, APC

                         By:  */s/ Caitlin J. Scott*
                              Christine Haw
                              Caitlin J. Scott
                              Matthew J. Pardo
                              Attorneys for Plaintiffs ERIC E. GOFNUNG
                              AND ERIC E. GOFNUNG
                              CHIROPRACTIC CO.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4, I, Michael T. Lee, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 28, 2023            */s/: Michael T. Lee*_____
                                Michael T. Lee