UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC CO.,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06328-MEMF-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL [ECF NO. 94]** |

On July 28, 2023, the parties filed a Joint Stipulation to Continue Trial ("Joint Stipulation").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefore, hereby GRANTS the Joint Stipulation as follows:

|  | Prior Date | New Date |
|---|---|---|
| Trial Date (Est. 3 to 5 Days) | May 8, 2023, at 8:00 a.m. | March 25, 2024, at 8:00 a.m. |

IT IS SO ORDERED.

Dated: July 31, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge