1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 | ERIC E. GOFNUNG and ERIC E. | Case No. **2:21-cv-06328-MEMF-JC**
12 | GOFNUNG CHIROPRACTIC CO., |
13 |      Plaintiffs, | Hon. Maame Ewusi-Mensah Frimpong Dept 8
14 | v. |
15 | BMW OF NORTH AMERICA, | **AMENDED JUDGMENT ON THE JURY VERDICT**[*]
16 | LLC; and DOES 1 through 10, inclusive, |
17 | |
18 |      Defendants. |

19      This action came on regularly for a jury trial on June 9, 2025, in

20 Department 8 of the United States District Court, Central District of California, the

21 Hon. Maame Ewusi-Mensah Frimpong, Judge, presiding.

22      Plaintiffs ERIC E. GOFNUNG and ERIC E. GOFNUNG CHIROPRACTIC

23

24 ───────────────

[*] The Court notes that the following language is being added to this Amended Judgment being issued on July 16, 2025:

25 NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

26 1. Judgment is entered in favor of Plaintiff Eric E. Gofnung ("Plaintiff") and against Defendant BMW of North America, LLC ("Defendant");

27 2. Plaintiff shall recover $17,500 from Defendant.

3. The entitlement to, and amount of attorneys' fees, costs, expenses, and interest, if any, shall be

28 determined pursuant to properly filed and noticed motions per the Court's Order Adopting Briefing Schedule (Docket No. 201, dated July 7, 2025).

CO. ("Plaintiffs") appeared by their attorney, Mani Arabi of Strategic Legal Practices, APC.

Defendant BMW OF NORTH AMERICA, LLC ("Defendant") appeared by its attorneys Dan Villegas and Jade Chen of Lehrman, Villegas, Chinery, & Douglas, LLP.

A panel of eight persons was regularly impaneled and sworn to try the issues of Plaintiff's causes of action for 1) Failure to Promptly Repurchase or Replace New Motor Vehicle After a Reasonable Number of Repair Opportunities. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the causes were submitted to eight jurors with instructions to return a verdict. During deliberation, one of the jurors was dismissed. On June 16, 2025, the jury returned to Court with its verdict, which is attached hereto as **Exhibit 1**, and incorporated herein by this reference. The jury verdict is also reprinted below.

### SPECIAL VERDICT FOR BREACH OF EXPRESS WARRANTY

**1.    Did ERIC E. GOFNUNG lease a 2014 BMW M6 Convertible distributed by BMW OF NORTH AMERICA, LLC?**

**___X____ Yes _____ No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, and have the presiding juror sign and date this form.*

**2.    Did BMW OF NORTH AMERICA, LLC give ERIC E. GOFNUNG a written warranty?**

**___X____ Yes _____ No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, and have the presiding juror sign and date this form, and proceed to the next Verdict Form.*

**3.    Did the 2014 BMW M6 Convertible have a defect covered by the warranty that substantially impaired the vehicle's use, value or safety to a**

1  **reasonable buyer in ERIC E. GOFNUNG's situation?**

2      **____X___ Yes _____ No**

3  *If your answer to question 3 is yes, then answer question 4. If you answered no,*

4  *stop here, and have the presiding juror sign and date this form.*

5  **4.**     **Did BMW OF NORTH AMERICA, LLC and/or its authorized repair**

6  **facility fail to repair the vehicle to match the written warranty after a**

7  **reasonable number of opportunities to do so?**

8      **___X____ Yes _____ No**

9  *If your answer to question 4 is yes, then answer question 5. If you answered no,*

10  *stop here, and have the presiding juror sign and date this form.*

11  **5.**     **Was the failure to repair the vehicle to match the written warranty after**

12  **a reasonable number of opportunities to do so caused by unauthorized or**

13  **unreasonable use of the vehicle after it was leased?**

14      **_____ Yes ____X____ No**

15  *If your answer to question 5 is yes, stop here, and have the presiding juror sign*

16  *and date this form. If you answered no, then answer question 6.*

17  **6.**     **Did BMW OF NORTH AMERICA, LLC fail to promptly replace or**

18  **repurchase the 2014 BMW M6 Convertible?**

19      **___X____ Yes _____ No**

20  *If your answer to question 6 is yes, then answer question 7. If you answered no,*

21  *stop here, and have the presiding juror sign and date this form.*

22  **7.**     **What are ERIC E. GOFNUNG's damages?**

23      Add the following amounts:

24      a.     The lease price of the vehicle itself:     <u>$0</u>

25      b.     Charges for transportation and manufacturer-installed options:   <u>$0</u>

26      c.     Finance charges actually paid by ERIC E. GOFNUNG:     <u>$0</u>

27      d.     Sales tax, license fees, registration and other official fees:    <u>$0</u>

28      c.     Consequential damages:     <u>$17,500</u>

SUBTOTAL: <u>$17,500</u>

Calculate the value of the use of the vehicle before it was brought in for repair as follows:

What is the number of miles that the vehicle was driven between the time when ERIC E. GOFNUNG took possession of the vehicle and the time when he first delivered the vehicle to BMW OF NORTH AMERICA, LLC or its authorized repair facility to fix the problem?

Answer: <u>0 miles</u>

1. Add dollar amounts listed in line a above: <u>$0</u>

2. Multiple the result in step 1 by the number of miles the vehicle was driven before it was brought in for repair: <u>$0</u>

3. Divide the dollar amount in step 2 by 120,000 and insert result in VALUE OF USE below:

VALUE OF USE: <u>$0</u>

Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

**TOTAL DAMAGES: <u>$17,500</u>**

Answer question 8.

**8. Did BMW OF NORTH AMERICA, LLC willfully fail to repurchase or replace ERIC E. GOFNUNG's 2014 BMW M6 Convertible?**

**___X____ Yes _____ No**

*If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, and have the presiding juror sign and date this form.*

**9. What amount, if any, do you impose as a penalty?** [You may not exceed two times the "TOTAL DAMAGES" that you entered in question 6.]

**PENALTY: <u>$0</u>**

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:**

1. Judgment is entered in favor of Plaintiff Eric E. Gofnung ("Plaintiff") and against Defendant BMW of North America, LLC ("Defendant");

2. Plaintiff shall recover $17,500 from Defendant.

3. The entitlement to, and amount of attorneys' fees, costs, expenses, and interest, if any, shall be determined pursuant to properly filed and noticed motions per the Court's Order Adopting Briefing Schedule (Docket No. 201, dated July 7, 2025).

Dated: **July 28, 2025**

_____

MAAME EWUSI-MENSAH FRIMPONG
 United States District Judge